# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO J. GIL,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-825** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

This 24th day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 20, is **GRANTED**, and Plaintiffs' Cross Motion for Summary Judgment, ECF 21, is **DENIED**. As such, judgment is **ENTERED** allowing Plaintiffs to recover from Defendants overpayments of $17,074, plus statutory interest, for tax year 2020; $14,413, plus statutory interest, for tax year 2021; and $5,105.89 for the frivolous filer penalty, plus statutory interest. The Court hereby retains jurisdiction to adjudicate any disputes relating to this final judgment entry or its execution, including any disputes concerning computations of statutory interest.

      /s/ Gerald Austin McHugh
United States District Judge